[Cite as *State ex rel. Ford Motor Co., Sharonville Transm. Plant v. Johnson,* 122 Ohio St.3d 540, 2009-Ohio-4049.]

THE STATE EX REL. FORD MOTOR COMPANY, SHARONVILLE TRANSMISSION PLANT, APPELLANT, *v.* JOHNSON ET AL., APPELLEES.

[Cite as *State ex rel. Ford Motor Co., Sharonville Transm. Plant v. Johnson,* 122 Ohio St.3d 540, 2009-Ohio-4049.]

*Workers' compensation — Court of appeals' judgment affirmed.*

(No. 2008-2220 — Submitted July 14, 2009 — Decided August 18, 2009.)

APPEAL from the Court of Appeals for Franklin County, No. 07AP-1084, 2008-Ohio-4890.

_____

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

_____

Roetzel & Andress, Eric G. Bruestle, William P. Coley II, and Ryan E. Bonina, for appellant.

Harris & Burgin, Andrea L. Burns, and Jonathan W. Croft, for appellee Emma R. Johnson.

Richard Cordray, Attorney General, and Douglas R. Unver, Assistant Attorney General, for appellee Industrial Commission of Ohio.

_____